## Constance Virginelli, Appellant, v. Chicago Transit Authority, Appellee.

Gen. No. 44,687.

opinion filed May 16, 1949; rehearing denied May 27, 1949; released for publication May 27, 1949. Rubinelli & Alleruzzo, for appellant; Werner W. Schroeder, William S. Allen, Chester A. Wynne, and Arthur J. Donovan, for appellee. Opinion by JUSTICE TUOHY. **Not to be published in full.**